This is to advise that on September 13, 2007

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 07-137

In action

Ct. No. 06-00114

Florida Citrus Mutual, A. Duda & Sons
(d/b/a Citrus Belle), Citrus World, Inc. and
Southern Gardens Citrus Processing Corporation

(Plaintiffs,)

v.

United States,
(Defendant,)

and

Fischer S/A Agroindustria,
Citrus Products, Inc., and
Sucocitrico Cutrale Ltda,
(Defendant Intervenors.)